# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) NEW DOMINION, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY,<br><br>(2) SOUTH D LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>(1) CLEAR SPRING PROPERTY AND CASUALTY COMPANY, A FOREIGN FOR PROFIT INSURANCE CORPORATION<br><br>Defendants. | Case No. CIV-24-376-D<br><br>Action Filed: August 2, 2023<br>Action Served: March 13, 2024<br><br>(Removed from: District Court of Oklahoma Couty, Oklahoma Case No. CJ-2023-4314) |

## DEFENDANT CLEAR SPRING PROPERTY AND CASUALTY COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Clear Spring Property And Casualty Company a Foreign for Profit Insurance Corporation, hereby gives notice of removal of this action, captioned *New Dominion, LLC, & South D LLC, v. Clear Spring Property And Casualty Company and WISE Underwriting Agency LTD.*, Case Number CJ-2023-4314, from the District Court of Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma. Pursuant to 28 U.S.C. § 1446(a), Defendant provides the following statement of the grounds for removal:

## **NOTICE OF REMOVAL IS TIMELY**

1. On August 2, 2023, New Dominion, LLC, & South D LLC, ("Plaintiffs" and/or "New Dominion") filed a Petition in the District Court of Oklahoma County, State of Oklahoma ("Petition") against Defendants Certain Underwriters at Lloyd's London, Subscribing to Policy #JHBB1368E211404814 ("Underwriters") and WISE Underwriting Agency. ("WISE") **Exhibit 1.**

2. The Summons was mailed to the Oklahoma Department of Insurance as the Registered Agent of Defendant Underwriters on August 8, 2023, and it was received by the Oklahoma Department of Insurance on August 14, 2023. **Exhibit 2.**

3. The Summons was mailed to the Oklahoma Department of Insurance as the Registered Agent of Defendant WISE on August 8, 2023, and it was received by the Oklahoma Department of Insurance on August 14, 2023. **Exhibit 3.**

4. Plaintiffs requested leave to substitute Clear Spring Property & Casualty Company ("Clear Spring") for Defendant, Certain Underwriters at Lloyd's London on March 7, 2024. **Exhibit 4.**

5. On March 8, 2024, the Court granted Plaintiffs' request for leave to file the Amended Petition substituting Clear Spring Property & Casualty Company for Underwriters. **Exhibit 5.**

6. On March 11, 2024, Robin D. McGrew filed an Entry of Appearance for Plaintiffs, South D LLC and New Dominion, LLC. **Exhibit 6.**

7. Plaintiffs filed an Amended Petition March 11, 2024. **Exhibit 7.**

8. On March 11, 2024, Matthew M. McGrew filed an Entry of Appearance for Plaintiffs, South D LLC and New Dominion, LLC. **Exhibit 8.**

9. On March 11, 2024, Kristen M. Merritt filed an Entry of Appearance for Plaintiffs, South D LLC and New Dominion, LLC. **Exhibit 9.**

10. On March 11, 2024, Michael D. McGrew filed an Entry of Appearance for Plaintiffs, South D LLC and New Dominion, LLC. **Exhibit 10.**

11. The Summons was mailed to the Oklahoma Department of Insurance as the Registered Agent of Defendant Clear Spring on March 12, 2023, and it was received by the Oklahoma Department of Insurance on March 13, 2023. **Exhibit 11.**

12. This Notice is timely pursuant to 28 U.S.C. § 1446(b)(1). A defendant must remove a case to federal court within 30 days of being served with a petition if the petition is removable on its face. Plaintiff filed their Amended Petition on March 11, 2024. Defendant Clear Spring was served on or after March 13, 2024. This Notice of Removal is filed no more than thirty days after service and is therefore timely under 28 U.S.C. §§ 1446(b)(1) and (b)(3). *See Murphy Bros., Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999), providing "defendant's period for removal will be no less than 30 days from service."

## **VENUE IS PROPER IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

13. Venue is proper in the Western District of Oklahoma pursuant to 28 U.S.C. § 1441(a) because Plaintiffs filed their Amended Petition in the District Court for

Oklahoma County, Oklahoma, a court sitting within the jurisdiction of the United States District Court for the Western District of Oklahoma.

## AMOUNT IN CONTROVERSY EXCEEDS THE $75,000 THRESHOLD

14. The amount in controversy exceeds $75,000, exclusive of interests and costs, as is required to maintain diversity jurisdiction. The Amended Petition specifically states, "Plaintiffs have sustained financial damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000), exclusive of attorneys' fees, costs, and interest, which is an amount in excess of the jurisdictional amount provided for diversity jurisdiction under 28 U.S.C. § 1332." **Exhibit 7,** Amended Petition, paragraphs 19-22, CJ-2023-4314, (Oklahoma County District Court, Oklahoma, March 11, 2024.) *See Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S. Ct. 547, 554 (2014) ("[A]s specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold"). "Only if it is 'legally certain' that the recovery will be less than [$75,000] may the case be dismissed." *McPhail v. Deere & Co.,* 529 f.3D 947, 955 (10th Cir. 2008) (quoting *Meridian Sec. Ins. Co. v. Sadowski,* 441 F.3d 536, 543 (7th Cir. 2006). Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFFS NEW DOMINION AND SOUTH D, LLC AND DEFENDANT CLEAR SPRING

15. Complete diversity exists between Plaintiffs New Dominion, LLC, & South D, LLC and Defendant Clear Spring Property & Casualty Company.

16.     Plaintiffs are domestic limited liability companies organized and existing under the laws of the State of Oklahoma.

## **NOTICE OF REMOVAL**

17.     Pursuant to 28 U.S.C. §§ 1446(a) and Fed. R. Civ. P. 81(c), Copies of all process, pleadings, and Oklahoma County Docket sheet are attached as **Exhibits 1-12.**

18.     A Notice of Filing of Notice of Removal is being filed contemporaneously with the District Court, Oklahoma County, Oklahoma, pursuant to 28 U.S.C. § 1446(d). An unfiled copy of the Notice of Filing of Notice of Removal is attached as **Exhibit 13**.

19.     Once filed in the District Court of Oklahoma County, the Notice of Removal and the Notice of Filing of Notice of Removal will be served upon counsel for Plaintiff pursuant to OKLA. STAT. tit. 12, § 2005(D).

20.     No waiver and no admission of fact, law, or liability, including, without limitation, the amount of damages, if any, is intended by this Notice of Removal, and all defenses, affirmative defenses, and rights are hereby reserved.

WHEREFORE, the Amended Petition filed in the District Court of Oklahoma County is properly removed to this court pursuant to 28 U.S.C. § 1441(a) because Defendant Clear Spring has satisfied the procedural requirements for removal, the request is timely, the amount in controversy exceeds $75,000.00, and this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

Defendant Clear Springs respectfully requests this action be removed from the District Court of Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

 /s/    Stephen L. McCaleb
John H. Sparks, OBA No. 15661
Stephen L. McCaleb, OBA No. 15649
ODOM & SPARKS, PLLC
Suite 140
HiPoint Office Building
2500 McGee Drive
Norman, OK 73072
Telephone: (405) 701-1863
Facsimile: (405) 310-5394
sparksj@odomsparks.com
mccalebs@odomsparks.com

**ATTORNEYS FOR DEFENDANT CLEAR SPRING PROPERTY AND CASUALTY COMPANY**